**Electronically Filed
Supreme Court
SCWC-23-0000096
30-MAY-2024
08:52 AM
Dkt. 7 ODAC**

SCWC-23-0000096

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

DUTCHIE L. KALUNA,
Petitioner/Defendant-Appellant,

and

ALIKA A. AGUSTIN,
Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000096; CASE NO. 3CPC-19-0001021)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Defendant-Appellant Dutchie L. Kaluna's

Application for Writ of Certiorari filed on April 24, 2024, is

rejected.

DATED:  Honolulu, Hawai'i, May 30, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

